**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **JANICE MARIE DOW** | § | |
| | § | |
| **V.** | § | **NO. 9:18-CV-160** |
| | § | |
| **COMMISSIONER OF** | § | |
| **SOCIAL SECURITY** | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this court. The court received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings. The Plaintiff filed objections to the Magistrate Judge's Report and Recommendation on March 2, 2020. (Doc. No. 25). The court has received and reviewed the Plaintiff's objections, which require a *de novo* determination in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

In her objections, Dow repeats the same arguments as raised in her initial brief. As stated by the magistrate judge, the administrative law judge's decision is supported by substantial evidence and free from legal error. Accordingly, the court **OVERRULES** the Plaintiff's objections to the magistrate judge's report and **ACCEPTS** the magistrate judge's recommendation. A Final Judgment will be entered separately affirming the decision of the Commissioner and dismissing this action.

So **ORDERED** and **SIGNED** March 20, 2020.

_____
Ron Clark, Senior District Judge